# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| EDWARD LEI, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>PHH CORPORATION, JANE D. CARLIN, ROBERT B. CROWL, JAMES O. EGAN, JAMES C. NEUHAUSER, CHARLES P. PIZZI, KEVIN STEIN, and CARROL R. WETZEL, JR.<br><br>Defendants. | Civil Action No. 1:18-cv-07934-RBK-JS_____<br><br>**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. PRO. 41(a)(1)(A)(i)** |

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 41(a), plaintiff Edward Lei ("Plaintiff") in the above captioned action dismisses this litigation with prejudice as to the named Plaintiff and without prejudice as to the proposed class. Dismissal pursuant to FRCP 41(a) is proper because no class is certified. For the avoidance of doubt, this dismissal is without prejudice to any putative class members. No monetary compensation in any form has passed directly or indirectly to the named Plaintiff or his attorneys, and no promise or agreement to give any such compensation has been made, in exchange for this dismissal.

Dated: June 12, 2018

**BRODSKY & SMITH, LLC**

By: */s/ Evan J. Smith*
Evan J. Smith
esmith@brodskysmith.com
Marc L. Ackerman
mackerman@brodskysmith.com
1040 Kings Highway N., Ste. 650
Cherry Hill, NJ 08034
Tel.:   (856) 795-7250
Fax:   (856) 795-1799